IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. COLLINS, | No. C 13-1371 JSW (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| vs. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | (Docket No. 14) |
| Respondent. | |

On October 18, 2013, the Clerk mailed Petitioner a notice that he had neither paid the filing fee nor filed a complete application to proceed in forma pauperis. The notice was mailed to Petitioner at the address he provided to the Court, but on November 12, 2013, it was returned by the postal service as undeliverable with a notation that Plaintiff could was not located at that address. Local Rule 3.11 requires Petitioner to notify the Court of any change in his address, and that his failure to do so within sixty days of a change of address will result in the dismissal of the action. Petitioner has not provided the Court with a correct address within sixty days of the date the mail was returned as undeliverable. Accordingly, this case is DISMISSED without prejudice. The motion to dismiss (dkt. 14) is DENIED as moot.

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: March 4, 2014

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL E COLLINS,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS et al,

    Defendant.

Case Number: CV13-01371 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael E. Collins
F93465
P.O. Box 2900066
Represa, CA 95671

Dated: March 4, 2014

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk