IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL E. COLLINS,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>　　　　Respondent. | No. C 13-1371 JSW (PR)<br><br>**ORDER DENYING MOTION TO DISMISS; TO SHOW CAUSE**<br><br>(Docket Nos. 14, 39, and 41) |

    Petitioner, a California prisoner proceeding pro se, filed this petition for a writ of habeas corpus. Respondent was ordered to show cause why the petition should not be granted based on Petitioner's four cognizable claims. Respondent filed a motion to dismiss the petition because two of the claims were not exhausted. The motion was opposed, and Respondent replied. Petitioner has since filed two motions indicating that following briefing on the motion to dismiss, he filed a new habeas petition in the California Supreme Court (Case No. S220796) that included all four of his federal claims, and that this petition was denied on October 29, 2014. (Dkt. Nos. 39, 41.) Respondent has not responded to these motions, but if Petitioner's representations in these motions are correct, then the instant petition is exhausted. *See* 42 U.S.C. 1997e. In light of these new developments, Respondent's motion to dismiss is DENIED as moot. Respondent may renew the exhaustion argument if it has any merit in response to this

order to show cause.

Respondent shall file with the Court and serve on Petitioner, within **ninety-one (91)** days of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted. Respondent shall file with the answer and serve on Petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition. If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with the Court and serving it on Respondent within **twenty-eight (28)** days of the date the answer is filed.

Respondent may, within **ninety-one (91) days**, file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If Respondent files such a motion, Petitioner shall file with the Court and serve on Respondent an opposition or statement of non-opposition within **twenty-eight (28)** days of the date the motion is filed, and Respondent shall file with the Court and serve on Petitioner a reply within **fourteen (14)** days of the date any opposition is filed.

This order terminates docket numbers 14, 39, and 41.

IT IS SO ORDERED.

DATED: December 31, 2014

JEFFREY S. WHITE
United States District Judge

2